James Anthony PRIMUS,
Plaintiff–Appellant,

v.

David Michael PASCOE; L. C. Knight;
Margaret M. Mcdonald; Brian Bills,
Defendants–Appellees.

No. 16–6447

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

James Anthony Primus, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Primus appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2012) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Primus v. Pascoe, No. 2:16–cv–00125–DCN, 2016 WL 1089390 (D.S.C. Mar. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.